AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida  ▼

| | |
|---|---|
| TABITHA L. NEWTON<br><br><br>_Plaintiff(s)_<br>v.<br>PERSONNEL SOLUTIONS PLUS<br><br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  8:26-cv-1245-VMC-CPT<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ PERSONNEL SOLUTIONS PLUS via its Registered Agent
JUDITH CORNELIUS
6707 N. HIMES
TAMPA, FL 33614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Shedwin Eliassin Esq.
Fla Bar No.: 1060990
Gallardo Law Firm
8492 SW 8th Street
Miami, FL 33144
305-261-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



ErinLAutry

Date:  April 29, 2026

_____

_____
_Signature of Clerk or Deputy Clerk_